## C. C. SALTER v. STATE OF FLORIDA

24 So. (2nd) 572                    January Term, 1946
January 25, 1946                    Division B

*A. L. Johnson,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen* and *Cecil T. Farrington,* Assistant Attorneys General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN and SEBRING, JJ., and BARNS, Circuit Judge, concur.